**IT IS SO ORDERED.**

Dated: June 11, 2009
    04:31:17 PM

                      **Honorable Kay Woods**
                      **United States Bankruptcy Judge**

```
             UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF OHIO

                              *
IN RE:                        *
                              *
                              *
THOMAS C. FOLEY,              *
                              *   CASE NUMBER 08-43794
     Debtor.                  *
                              *
* * * * * * * * * * * * * * * *
                              *
THOMAS C. FOLEY,              *
                              *   ADVERSARY NUMBER 09-04060
     Plaintiff,               *
                              *
     v.                       *
                              *
CITIFINANCIAL, INC.,          *
                              *   HONORABLE KAY WOODS
     Defendant.               *
                              *
*********************************************************************
  ORDER GRANTING, IN PART, AND DENYING, IN PART, MOTION TO DISMISS
*********************************************************************
```

        This cause is before the Court on Defendant's Motion to Dismiss the Adversary Case Filed on March 4, 2009 with Prejudice ("Motion to Dismiss Adversary") (Doc. # 15), filed by Defendant

CitiFinancial, Inc. on May 6, 2009.

For the reasons set forth in this Court's Memorandum Opinion entered this date, The Court grants, in part, and denies, in part, the Motion to Dismiss Adversary. The Motion to Dismiss Adversary is granted as to the dismissal of the Adversary Proceeding, but denied in that the Adversary Proceeding is dismissed <u>without</u> prejudice.

# # #